# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KYUNGAE SHEPHERD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUCAMPO PHARMACEUTICALS, INC. PETER GREENLEAF, PAUL EDICK, JOHN H. JOHNSON, MAUREEN E. O'CONNELL, ROBERT J. SPIEGEL, TIMOTHY P. WALBERT, and KAREN SMITH,<br><br>Defendants. | Case No. 8:18-cv-00191-PX |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyungae Shepherd, by counsel, hereby gives notice that she is dismissing all claims in the above-captioned matter, with prejudice to herself and without prejudice as to all others similarly situated.

Respectfully submitted,

Dated: July 20, 2018

**BROWER PIVEN**
A Professional Corporation

By: */s/ Charles J. Piven*
Charles J. Piven (Md. Fed. Bar No. 00967)
Email: piven@browerpiven.com
Yelena Trepetin (Md. Fed. Bar No. 28706)
Email: trepetin@browerpiven.com
1925 Old Valley Road
Stevenson, MD 21153
Tel: (410) 332-0030
Fax: (410) 685-1300

**OF COUNSEL:**

Evan J. Smith, Esquire
Marc L. Ackerman, Esquire
**BRODSKY & SMITH, LLC**
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Facsimile: (610) 667-9029
esmith@brodsky-smith.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2018, I authorized the electronic filing of the foregoing document with the Clerk of the Court via the CM/ECF system. The CM/ECF system will provide service via a Notice of Electronic Filing to the parties registered in this case.

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

Executed this 20th day of July, 2018.

*/s/ Charles J. Piven*
Charles J. Piven